IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| FRANK W. HARRIS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 3:17-cv-816-ECM |
| | ) | |
| MEDICAL PARK HEALTH CENTER, | ) | (wo) |
| INC., and PAUL OSWALD, as Trustee | ) | |
| for the Rabbi Trust for the Supplemental | ) | |
| Retirement Plan Agreement and the | ) | |
| Endorsement Method Split Dollar Plan | ) | |
| Agreement, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

Now pending before the Court is a motion for leave to file an amended complaint (Doc. 36), filed by Plaintiff Frank W. Harris on July 15, 2019.

In response to this Court's Order, the Defendants have stated that they do not oppose Harris' request for leave to amend. (Doc. 39). Accordingly, the Plaintiff has until **August 9, 2019** to file as an amended complaint the attachment to his motion. (Doc. 36-1).

DONE this 6th day of August, 2019.

/s/ Emily C. Marks
EMILY C. MARKS
CHIEF UNITED STATES DISTRICT JUDGE